1  **PINNOCK & WAKEFIELD, A.P.C.**
   David C. Wakefield, Esq.     Bar #: 185736
2  Theodore A. Pinnock, Esq.    Bar #: 153434
   3033 Fifth Avenue, Suite 410
3  San Diego, CA  92103
   Telephone: (619) 858-3671
4  Facsimile: (619) 858-3646

5  Attorneys for Plaintiff

6  Steve R. Sherman, Esq.
7  HOGE FENTON JONES & APPEL, INC.
   6155 Stoneridge Drive, Suite 200
8  Pleasanton, California 94558
   Telephone: 925.224.7780
9  Facsimile:  925.224.7782
10 Attorney for DEFENDANTS RAED MATAR d.b.a. BONFARE MARKET #0013; BONFARE MARKETS, INC.; and LAKE-SAN PABLO PARTNERSHIP
11

12                    UNITED STATES DISTRICT COURT
13
                      NORTHERN DISTRICT OF CALIFORNIA
14

15
   ROBERT MCCARTHY                           Case No.: C 06-0946 JCS
16
                  Plaintiff,                 STIPULATED DISMISSAL AND
17                                           DISMISSAL WITH PREJUDICE OF
         v.                                  ALL DEFENDANTS FROM
18                                           PLAINTIFF'S COMPLAINT AND
   RAED MATAR d.b.a. BONFARE MARKET          PLAINTIFFS' COMPLAINT IN ITS
19 #0013; BONFARE MARKETS, INC.; and         ENTIRETY  AND ORDER THEREON.
20 LAKE-SAN PABLO PARTNERSHIP;  And
   DOES 1 THROUGH 10, Inclusive,
21
              Defendants.
22                                           [Fed.R.Civ.P. Rule 41(a)(2)]
23

24

25

26     **IT IS HEREBY STIPULATED** by and between **ROBERT MCCARTHY,** Plaintiff, on

27 the one hand, and Defendants **RAED MATAR d.b.a. BONFARE MARKET #0013;**

28 **BONFARE MARKETS, INC.; and LAKE-SAN PABLO PARTNERSHIP,** on the other

                                           1         Case Number: C06-0946 JCS

Document Date: June 30, 2006

1 hand, through their respective attorneys of record that, pursuant to Federal Rules of Civil
2 Procedure, Rule 41 (a)(1) and (2), this Court enter a dismissal with prejudice of Defendants
3 **RAED MATAR d.b.a. BONFARE MARKET #0013; BONFARE MARKETS, INC.; and**
4 **LAKE-SAN PABLO PARTNERSHIP,** from Plaintiff's Complaint, Case Number C06-0946
5 JCS. Additionally, Plaintiff requests that the Complaint be dismissed with prejudice in its
6 entirety.

7

8 **IT IS SO STIPULATED.**

9

10 Dated: _____, 2006          **PINNOCK & WAKEFIELD, A.P.C.**

11                                 By: _____
12                                     DAVID C. WAKEFIELD, ESQ.
                                       Attorneys for Plaintiff
13
14 Dated: 7/10/___, 2006           **HOGE FENTON JONES & APPEL, INC.**
15                                 By: _____
16                                     STEVE R. SHERMAN, ESQ.
                                       Attorney for DEFENDANTS
17

18                **ORDER ON NOTICE OF DISMISSAL WITH PREJUDICE OF ALL**
19                **DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY**

20      **IT IS HEREBY ORDERED** that Defendants **RAED MATAR d.b.a. BONFARE**
21 **MARKET #0013; BONFARE MARKETS, INC.; and LAKE-SAN PABLO**
22 **PARTNERSHIP,** are dismissed with prejudice from Plaintiff's Complaint, Case Number C06-
23 0946 JCS. Additionally, Plaintiff's Complaint is dismissed with prejudice in its entirety.

24

25 **IT IS SO ORDERED.**

26

27 Dated: _____           _____
                              HONORABLE JOSEPH C. SPERO
28                            UNITED STATES DISTRICT COURT JUDGE

                                              2        Case Number: C06-0946 JCS

Document Date: June 30, 2006

hand, through their respective attorneys of record that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this Court enter a dismissal with prejudice of Defendants **RAED MATAR d.b.a. BONFARE MARKET #0013; BONFARE MARKETS, INC.; and LAKE-SAN PABLO PARTNERSHIP,** from Plaintiff's Complaint, Case Number C06-0946 JCS. Additionally, Plaintiff requests that the Complaint be dismissed with prejudice in its entirety.

**IT IS SO STIPULATED.**

Dated: 7/27, 2006              **PINNOCK & WAKEFIELD, A.P.C.**

By: /s/ David C. Wakefield
     DAVID C. WAKEFIELD, ESQ.
     Attorneys for Plaintiff

Dated: _____, 2006        **HOGE FENTON JONES & APPEL, INC.**

By: _____
     STEVE R. SHERMAN, ESQ.
     Attorney for DEFENDANTS

<u>**ORDER ON NOTICE OF DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY**</u>

**IT IS HEREBY ORDERED** that Defendants **RAED MATAR d.b.a. BONFARE MARKET #0013; BONFARE MARKETS, INC.; and LAKE-SAN PABLO PARTNERSHIP,** are dismissed with prejudice from Plaintiff's Complaint, Case Number C06-0946 JCS. Additionally, Plaintiff's Complaint is dismissed with prejudice in its entirety.

**IT IS SO ORDERED.**

Dated: Jan. 8, 2007           _____
                               HONORABLE JOSEPH C. SPERO
                               UNITED STATES DISTRICT COURT JUDGE

Case Number: C06-0946 JCS

Document Date: June 30, 2006

**PINNOCK & WAKEFIELD, A.P.C.**
David C. Wakefield, Esq.   Bar #: 185736
Michelle L. Wakefield, Esq.   Bar #: 200424
3033 Fifth Avenue, Suite 410
San Diego, CA 92103
Telephone: (619) 858-3671
Facsimile: (619) 858-3646

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT McCARTHY,<br>　　　　　　Plaintiff,<br>v.<br>RAED MATAR d.b.a. BONFARE MARKET #0013; BONFARE MARKETS, INC.; LAKE-SAN PABLO PARTNERSHIP; And DOES 1 THROUGH 10, Inclusive<br>　　　　　　Defendants.. | Case No.: C06-0946 JCS<br><br>**PROOF OF SERVICE VIA UNITED STATES MAIL**<br><br>[Fed.R.Civ.P. 6(e)] |

**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

　　　　I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 3033 Fifth Avenue, Suite 410, San Diego, California, 92103.

　　　　On this date, I served the following document(s) described as: **STIPULATED DISMISSAL AND DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS FROM PLAINTIFF'S COMPLAINT AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY AND ORDER THEREON** on the following Defendants by:

　　　　_X____ placing _____ the original __X___ a true copy thereof enclosed in sealed enveloped addressed as stated below.

1

Case#: C06-0946 JCS

Steve R. Sherman, Esq.
Hoge Fenton Jones & Appel, Inc.
6155 Stoneridge Drive, Suite 200
Pleasanton, CA 94558
Telephone: 925.224.7780
Facsimile: 925.224.7782
**ATTORNEYS FOR DEFENDANTS RAED MATAR dba BONFARE MARKET #0013, BONFARE MARKETS, INC., LAKE-SAN PABLO PARTNERSHIP**

__X__ **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid, mailed at San Diego, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_____ **BY UNITED STATES EXPRESS MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the United Postal Service, Express Mail Division. Under that practice, it would be deposited with the U.S. Postal Service, Express Mail Division on the same day with postage thereon fully prepaid, mailed at San Diego, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. The United States Postal Service Express Mail Tracking Number is printed immediately under the party or representative served.

_____ **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the offices of the addressee.

1       ___X__ **BY FACSIMILE TRANSMISSION:** From FAX No. (619) 858-3646 to the
2 facsimile numbers listed above on the mailing list.  The facsimile machine I used complied with
3 Rule 6 (e), and no error was reported by the machine.

5       _____ **STATE:** I declare under penalty of perjury, under the laws of the State of
6 California, that the foregoing is true and correct.
7       __X___ **FEDERAL:** I declare that I am employed in the office of a member of the Bar of
8 this Court, at whose direction this service was made.

10       **EXECUTED** on January 5, 2007, at San Diego, California.

*[signature]*
David C. Wakefield